

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Daniel Lee Gossard | * | Case No. | 07-12890 |
| Amy Louise Gossard | * | Chapter | 7 |
| | * | Creditor- | USAA Federal Savings Bank |
| | * | Reaffirmation- | 28 |
| Debtor | * | | |

**MEMORANDUM TO DEBTOR AND DEBTOR'S COUNSEL REGARDING REAFFIRMATION AGREEMENT**

A presumption of undue hardship arises in the above captioned reaffirmation agreement pursuant to 11 U.S.C. § 524(m)(1) and the Debtor has failed to sufficiently rebut in writing that presumption.  The Debtor shall file an amended reaffirmation agreement setting forth specific facts that suffice to meet the requirements of 11 U.S.C. § 524(m)(1).  If the Debtor fails to file an amended reaffirmation agreement within 14 days, then a hearing on the instant reaffirmation agreement will be needed.

cc: Debtor(s)
Debtor(s)' Attorney - Christopher R. Wampler
Trustee
U.S. Trustee
Reaffirmation Agreement Creditor -  USAA Federal Savings Bank

                        10750 McDermott Freeway
                        San Antonio, TX 98288

CourtInstruction/msa/3.07

                        **End of Order**